# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANE EMERICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-cv-0788-MJR-RJD |
| | ) | |
| WOOD RIVER-HARTFORD | ) | |
| SCHOOL DISTRICT 15, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER
## ADOPTING REPORT & RECOMMENDATION

**REAGAN, Chief Judge:**

On December 18, 2017, Defendant filed a motion for sanctions against Plaintiff for Plaintiff's alleged failure to timely comply with a discovery order (Doc. 43). Plaintiff responded on March 20, 2018 (Doc. 57). Though the response was untimely, Magistrate Judge Reona Daly recommended that the request for sanctions be denied because after reviewing the facts she concluded that Plaintiff did not intend to delay the matter through dilatory or improper conduct (Doc. 61). Upon issuance of the Report and Recommendation, Magistrate Judge Daly informed the parties that they had 14 days to object to her recommendations. (*Id.* at 3-4). The 14-day deadline—April 5, 2018—came and went without any objections being filed.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 61). The Court finds that Magistrate Judge Daly's recommendations are sound, particularly in light her familiarity with the discovery issues in this case and the parties' conduct in relation to the same. As Magistrate Judge Daly noted, it does not appear that any delay in the discovery

process harmed Defendant because it was still able to file a dispositive motion in a timely fashion while discovery disputes were still pending. Based on this analysis, the Defendant's motion for sanctions is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED: August 30, 2018

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge
